WRIT OF HABEAS CORPUS

Michael Duane; of the Strain family

v.

Raymond Byrd    Respondent

Writ of Habeas Corpus Demand for IMMEDIATE Release

Prisoner is non-corporate, sentient, live man and not subject to corporate rules, regulations or statues not in pursuance of the laws of the land as established by the Organic Constitution. Prisoner is charged under private corporate rules, regulation and/or statutes and is being held unlawfully by Raymond Byrd in the Tallahatchie County Correctional Facility, Tutwiller, Mississippi; and

Prisoner is not a U.S., Corporate Citizen and is not subject to rules, regulations or statutes and as Prisoner is under no contract with the UNITED STATES and as American, Michael Duane: of the Strain Family is "not property belonging to the UNITED STATES".

Hereby demanded for immediate release on his own recognize. When jurisdiction is challenged burden of proof is on the government. Title 5 U.S.C 556(d).

In a republic system of government which we the people are guaranteed by Article 4 at Sec. 4, of the United States Constitution the people are the supreme sovereign. See Martin v. Waddell 41 U.S. (Pet.) 367, 410, 10L. ed 997, 1013, as follows:

"when the Revolution took place, the people of each state became themselves sovereign; and in that character hold the absolute right... subject only to the rights since surrendered by the Constitution to the general government."

(Italics Supplied)

The state cannot diminish the right of the people. Hurtado v Cal. 110 U.S., 516

Affidavit of service this 16 day of August, 2021 at the Tallahatchie County Correctional Facility, Tutwiller, Mississippi; by signatory below.

Title 28 U.S.C. Sec. 1746(1) "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed on 1 September, 2021

Natural Man All Rights reserved

_Michael Duane; of the 8th Family_
Michael Duane; of the Strain Family

1 of 4