UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL DUANE STRAIN,**<br>    Petitioner,<br><br>        v.<br><br>**RAYMOND BYRD,**<br>    Respondent. | )<br>)<br>)<br>)  **Civil Action No.**<br>)  **21-11465-IT**<br>)<br>)<br>)<br>)<br>) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

**TALWANI, D.J.**

*Pro se* Petitioner Michael Duane Strain, while confined to the Tallahatchie County Correctional Facility in Tutwiler, Mississippi, filed on September 7, 2021, a Petition for a Writ of Habeas Corpus [#1] and a Motion for Emergency Hearing [#2]. The case was randomly assigned to a Magistrate Judge pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges, Notice of Case Assignment [#4]. In the absence of a consent to the Magistrate Judge's jurisdiction, that initial assignment is treated as a referral to the Magistrate Judge under 28 U.S.C. § 636(b). Id.

On September 15, 2021, the Magistrate Judge issued an Order for Reassignment and Report and Recommendation [#5] recommending that the petition be dismissed without prejudice because the petition fails to set forth a basis for this Court to exercise habeas jurisdiction.

Objections to the Report and Recommendation were due by September 29, 2021. On September 28, 2021, the envelope with a copy of the Order for Reassignment and Report and Recommendation was returned to the court as undeliverable. [#7]. Strain has not provided the

court with a current address, but according to the Bureau of Prisons Inmate Locator, Strain is now in custody at FCI Oakdale in Oakdale, Louisiana. *See* https://www.bop.gov/inmateloc (last visited Sept 30, 2021).

Upon review of the pleadings in the case, this court finds the Report and Recommendation well-founded. The District of Massachusetts is without jurisdiction. *See Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (courts are limited by § 2241(a) to granting habeas relief "within their respective jurisdictions," and must have jurisdiction over the custodian; the traditional rule is that the writ is "issuable only in the district of confinement.") (citations omitted). Thus, whether Strain is in custody in Mississippi or Louisiana, this District is without jurisdiction over his habeas petition.

Although the court ordinarily affords a *pro se* litigant an extension of time to object to a Report and Recommendation, here the petition is subject to dismissal upon preliminary review. *See* 28 U.S.C. § 2243 (providing that, if "it appears from the application [for a writ of habeas corpus] that the applicant . . . is not entitled [to the writ]," the district court is not required to serve the petition on the respondent); *see also* Rule 4 of the Rules Governing Habeas Corpus Cases under Section 2254 (providing that, if it "plainly appears from the face of the [habeas] petition . . . that the petitioner is not entitled to relief in the district court," the Court "must dismiss the petition").[1]

Accordingly, it is hereby Ordered that the Report and Recommendation is ADOPTED in its entirety. It is further Ordered that:

1. The Petition for a Writ of Habeas Corpus [#1] is DENIED and this action is DISMISSED; and

---

[1] Rule 4 may be applied at the discretion of the district court to other habeas petitions. *See* Rule 1(b) of the Rules Governing Habeas Corpus Cases under Section 2254.

2. The Clerk shall mail a copy of this Order to Petitioner addressed as follows: Michael Duane Strain (#17685-046), FCI Oakdale I, Federal Correctional Institution, P.O. BOX 5000, Oakdale, LA  71463.

**So ordered.**

                                                  /s/ Indira Talwani
                                                  United States District Judge

Dated: October 1, 2021